Irving Block, Respondent, *v.* Liggett & Myers Tobacco Co., Inc., Appellant.*

Supreme Court, Appellate Term, First Department, January 15, 1937.

*Townsend & Lewis [Dallas S. Townsend* of counsel], for the appellant.

*Max M. Nassau,* for the respondent.

Per Curiam. We are of the opinion that cigarettes are not within the class of dangerous articles which render their manufacturer liable to strangers for a defect such as is complained of here. (*Jaroniec* v. *Hasselbarth, Inc.,* 223 App. Div. 182; *Byers* v. *Flushovalve Co.,* 160 N. Y. Supp. 1050; affd., 178 App. Div. 894; *Hasbrouck* v. *Armour & Company,* 139 Wis. 357; 121 N. W. 157.)

Judgment reversed, with thirty dollars costs, and judgment directed for defendant, with costs.

Lydon and Hammer, JJ., concur; Levy, J., dissents.

* Revg. 163 Misc. 858.